UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BP PRODUCTS NORTH AMERICA,

    Plaintiff(s),

v.

HAIDAR VAN DYKE, LLC,

    Defendant(s).
_____/

Case No. 04-70624

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Court's Memorandum and Order entered and filed on this date, the Plaintiff's Motion for Summary Judgment is GRANTED. A judgment in the amount of $182,168.34 is entered against the Defendant.

DAVID WEAVER

Dated: July 05, 2005

By: s/ Julie Owens
Deputy Clerk